

## NEIL H. GREENBERG & ASSOCIATES, P.C.
### COUNSELORS AT LAW

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.
JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.

**MEMO ENDORSED**

PARALEGALS
ROSA COSCIA
FRANCIS PEÑA
CATALINA ROMAN

May 26, 2021

VIA: ECF filing

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY

RE: Reyes Herrera v. Destin Auto Parts of NY Inc. et al.
21 CV 1610 (SHS)

Dear Judge Stein:

I represent the Plaintiff in the above referenced matter. Kindly accept this correspondence as the parties' joint request for an adjournment of the initial conference, currently scheduled for May 28, 2021 at 9:30 a.m.

I have conferred with Defendants' counsel, and we have decided to utilize the Southern District mediation program to try and resolve this case. We have also agreed to exchange informal discovery to aid both sides in the mediation process.

Therefore, it is the parties' joint request for this case to be sent to mediation and for the initial conference to be adjourned until a date after the mediation is completed.

This is the first request for an adjournment of the initial conference and all parties consent to the granting of this application.

Thank you for your time and attention to this matter.

Yours truly,

Justin M. Reilly, Esq.

cc: Nicholas E. Lewis, Esq.

---

The conference is adjourned *sine die*. This matter is being referred to the Court's mediation program. The parties shall notify the Court of the status of this matter on or before August 27, 2021.

Dated: New York, New York
May 27, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.